O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ARTERO M. COLLINS, | ) | No. CV 20-9630-JGB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JUAREZ, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

Dated: July 28, 2021

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE